UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2690

January 27, 2000

Memo to Counsel Re: Orthopedic Bone Screw Products Liability Litigation
Scientific Spinal, Ltd.

Margaret Chambrelli, et al. v. Scientific Spinal, et al.
Civil No. JFM-95-3948

Elmer Dyer, et al. v. Scientific Spinal, et al.
Civil No. JFM-95-3949

Dear Counsel:

In reviewing my file after the conference call we held on January 19, 2000, I came across show cause orders in two cases, Chambrelli v. Scientific Spinal, JFM-95-3948 and Dyer v. Scientific Spinal, JFM-95-3949 which I do not believe were covered by Ms. Lestelle's chart or discussed during the conference.

I ask Ms. Lestelle to advise me on or before February 10, 2000 as to which category these cases fall into, e.g., whether they should be dismissed with prejudice, dismissed without prejudice, or whether Ms. Lestelle intends to file a motion to withdraw because she has not been able to communicate with her clients.

Very truly yours,

J. Frederick Motz
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELMER J. DYER, ET AL. | * |
| | * |
| v. | *   Civil No. JFM-95-3949 |
| | * |
| SCIENTIFIC SPINAL, LTD., ET AL. | * |

*****

## ORDER

The court file reflecting that no paper has been filed in court for more than nine months, it is, this 15th day of December 1999, pursuant to Local Rule 103.8.b,

ORDERED that the parties show cause on or before January 14, 2000 why this case should not be dismissed without prejudice.

_____
J. Frederick Motz
United States District Judge