IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELMER J. DYER, ET AL.           *
                                *
        v.                      *   Civil No. JFM-95-3949
                                *
SCIENTIFIC SPINAL, LTD.         *
                            *****

ORDER

In accordance with the Order entered by this court on February 15, 2000 in Civil Action No. JFM-96-3422 as to plaintiff Joan Guy-Hartzfield, the claim of Ms. Guy-Hartzfield in Civil Action No. JFM-95-3949 is also dismissed with prejudice.

_____
J. Frederick Motz
United States District Judge



