IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELMER J. DYER, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-95-3949 |
| | * | |
| SCIENTIFIC SPINAL, LTD. | * | |

*****

ORDER

In accordance with the Stipulation of Dismissal With Prejudice entered by the Honorable Joseph H. Young on February 4, 1999 in Civil Action No. JFM-96-3427 as to plaintiff Betty Myers, the claim of Ms. Myers in Civil Action No. JFM-95-3949 is also dismissed with prejudice.

J. Frederick Motz
United States District Judge


