**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW | * |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| Elmer Dyer, et al v. Scientific Spinal, Ltd.,  et al | * |
| | * |
| V. | *          Civil NO. JFM-95-3949 |
| | * |
| SCIENTIFIC SPINAL, LTD. | * |

**************

**ORDER**

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia

McInerny are hereby withdrawn as counsel for plaintiff Elmer Dyer this _____ day of

_____, 2000.


J. Frederick Motz
United States District Judge