IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ORTHOPEDIC BONE SCREW           *
PRODUCTS LIABILITY LITIGATION          *
                                       *
Elmer Dyer, et al v. Scientific Spinal, Ltd., et al   *
                                       *
           V.                          *    Civil NO. JFM-95-3949
                                       *
SCIENTIFIC SPINAL, LTD.                *
                          **************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Michael Zola this _____ day of _____, 2000.

_____
J. Frederick Motz
United States District Judge

