Case 1:95-cv-03949-JFM   Document 21   Filed 03/29/2000   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELMER J. DYER, ET AL. | * | |
| v. | * | Civil No. JFM-95-3949 |
| SCIENTIFIC SPINAL, LTD. | * | |

*****

ORDER

In accordance with the Order entered by this court on February 15, 2000 in Civil Action No. JFM-96-3422 as to plaintiff William Guy-Hartzfield, the claim of Mr. Guy-Hartzfield in Civil Action No. JFM-95-3949 is also dismissed without prejudice.

J. Frederick Motz
United States District Judge



